# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 15, 2022

**BY HAND DELIVERY**

Fiona Ciappetta
Deputy-In-Charge
Office of the Clerk of Court
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Ysenni Gomez*, 22-mj-6663 (UA)  (NSR)

Dear Ms. Ciappetta,

On August 12, 2022, the Honorable Paul E. Davison, United States Magistrate Judge, denied Ysenni Gomez's a bail package and ordered that Ms. Gomez be detained during the pendency of her criminal case. Ms. Gomez would like to appeal this order, as is authorized by 18 U.S.C. § 3145(b). As such, I respectfully request that a District Judge be assigned to hear this appeal.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender

cc: Assistant United States Attorney Kaiya Arroyo (via email)

