UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>YSENNI GOMEZ,<br>    a/k/a "Ysenni Peguero"<br>    a/k/a "Carolina"<br><br>                    Defendant. | ORDER OF CONTINUANCE<br><br>22 Mag. 06663 |

Upon the application of the United States of America and the affirmation of KAIYA ARROYO, Assistant United States Attorney, it is found that YSENNI GOMEZ, a/k/a "Ysenni Peguero," a/k/a "Carolina," the defendant, was arrested on August 12, 2022, and was charged with a violation of 21 U.S.C. § 841(a)(1), in a complaint dated August 12, 2022;

It is further found that the defendant was presented before Magistrate Judge Paul E. Davison on August 12, 2022, and the defendant was detained;

It is further found that Elizabeth Quinn, Esq., counsel for the defendant, has been engaging in preliminary discussions with the Government concerning possible disposition of this case without trial;

It is further found that the Government has requested a continuance of 28 days to engage in further discussions with counsel about the disposition of this case without trial and that counsel for the defendant on behalf of the defendant has agreed that a continuance of 28 days may be granted for such purpose; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until **October 5, 2022.**

Dated: White Plains, New York
       September 7, 2022

                                              UNITED STATES MAGISTRATE JUDGE