> **Received**
> 8/4/2022
> 3 28 08 PM
>
> Hola buenos días en que página usted subió mis fotos que un amigo me acaba de decir.

> **Received**
> 8/4/2022
> 3:28:17 PM
>
> Pen é que era di creto.

**Delivered** 8/4/2022 3:28:45 PM

La amiga que me hace el anuncio subió varías fotos diferentes

**Delivered** 8/4/2022 3 28 50 PM

**Local User**



**Local User** — Delivered — 8/4/2022 3 28 58 PM
Yo le dije que ponga esta

**Local User** — Delivered — 8/4/2022 3:29:01 PM
La voy a llamar

**Local User** — Delivered — 8/4/2022 3:29:10 PM
Yo olo le envío a lo que on cliente la verdadera

Received — 8/4/2022 3:29:35 PM
Discúlpame

Received — 8/4/2022 3 29 54 PM
Es que mi amigo me llamo y yo le dije que no.

**Local User** — Delivered 8/4/2022 3:30:00 PM
Qué raro

**Local User** — Delivered 8/4/2022 3:30:04 PM
Voy a verificar

Received 8/4/2022 3:30:16 PM
OK discúlpame.

Received 8/4/2022 3 33 37 PM
Discúlpame amor.

**Local User** — Delivered 8/4/2022 3:33:49 PM
No no te preocupes

Received 8/4/2022 3:34:41 PM
E ta mujer e tá buenota.

**Local User** — Delivered 8/4/2022 3:34:49 PM
Jajjajajaj

Delivered

**Local User**     8/4/2022 3:34:54 PM
Se ve bien la foto verdad

**Local User**     ☐ Delivered
8/4/2022 3:34:59 PM
Esa me gusta mucho

☐ Received
8/4/2022
3 35 12 PM



[91e96096_fc14_447f_9c94_ec76821def70.wav](#)

Click to play the audio attachment.

☐ Received
8/4/2022
3 35 17 PM

Es que leí mal

☐ Received
8/4/2022
3:35:38 PM



[d36271b3-ccb2-41a2-8bbd-5cfb952d3c64.wav](#)

Click to play the audio attachment.

**Local User**     ☐ Delivered
8/4/2022 3:35:51 PM

> Ya entendi

**Local User**  
☐ Delivered  
8/4/2022 3:35:57 PM  
Jajjajajaj

☐ Received  
8/4/2022 3:36:02 PM  
Jajaja ahí no leí mal

☐ Received  
8/4/2022 3:36:17 PM

[▶] c0d2f788-33bc-4291-b6b7-2edba05abc20.wav  
*Click to play the audio attachment*

☐ Received  
8/4/2022 3:36:25 PM  
Discúlpeme el mal entendido.

☐ Received  
8/4/2022 3 36 28 PM  
Leí mal.

☐ Received  
8/4/2022 3:36:37 PM

Más vemos más tarde me disculpo nuevamente

Received
8/4/2022
3:36:45 PM

La gente me ve cara de modelo.

Received
8/4/2022
3:40:41 PM



Received
8/4/2022
3:40:58 PM



**Bronx Escorts | Bronx Erotic Massage**

bedpage.com > Bronx > escorts gallery > Bronx gallery female escorts | escorts in Bronx gallery | Bronx gallery escorts ads - bedpage.com

New York | Albany | Binghamton | Buffalo | Catskill | Elmira | Glens Falls | Hudson Valley | Ithaca | Long Island | Oneonta | Plattsburgh | Potsdam | Queensbury | Rochester | Syracuse | Utica | Watertown | Bronx | Brooklyn | Chautauqua | Fairfield | Finger Lakes | Manhattan | Staten Island | Twin Tiers | Westchester

top | gallery



Wednesday, August 03, 2022 11:09 PM;Wednesday, August 03, 2022 10:48 PM

  

☐ Received
8/4/2022
3 41 13 PM





eb2e7028_b38d_4c4d_8947_2a3ab7e2a6a5.wav

*Click to play the audio attachment.*

☐ Received
8/4/2022
3 41 23 PM

Mira lo que me pasó

**Local User**
☐ Delivered
8/4/2022 3:43:50 PM

Si está

**Local User**
☐ Delivered
8/4/2022 3:44:00 PM

Pa boy a llamar

**Local User**
☐ Delivered
8/4/2022 3:44:08 PM

La voy a llamar

☐ Received
8/4/2022
3 45 21 PM

Eso se puede quitar

**Local User**
☐ Delivered
8/4/2022 3:46:37 PM

Claro ella cambia las fotos a diario

**Local User** — 8/4/2022 3:46:41 PM — Delivered
No e porke ubió e a

**Local User** — 8/4/2022 3:46:51 PM — Delivered
Esa solo la uso si ya es cliente

Received 8/4/2022 3 47 05 PM
Si yo se mi amor.

**Local User** — 8/4/2022 3:47:16 PM — Delivered
Porke obio me piden la verdadera asi cuando llegues no me digan que no ere tú

Received 8/4/2022 3:47:28 PM
Si así mismo

Received 8/4/2022 3 47 59 PM
Pero no sabía que la subían así en una página y mi amigo lo vio y me dijo que mejor le modele bikinis

Received 8/4/2022 3:48:20 PM
Chama y me pu ieron cuca alegre y divertida

> ▢ Received
> 8/4/2022
> 3:48:43 PM
>
> Tienes dos días la fotos.

**Local User** — ▢ Delivered 8/4/2022 3 49 00 PM
Asi vi

**Local User** — ▢ Delivered 8/4/2022 3:49:03 PM
Dos dias

**Local User** — ▢ Delivered 8/4/2022 3:49:06 PM
Hoy e ta 4

> ▢ Received
> 8/4/2022
> 3:49:49 PM
>
> Esa publicación la puede quitar.

**Local User** — ▢ Delivered 8/4/2022 3 50 05 PM
Supongo que todo se borra

**Local User** — ▢ Delivered 8/4/2022 3:50:11 PM
Estoy en el teléfono con ella ahora

**Local User** ☐ Delivered
8/4/2022 3 51 36 PM
Tuvo que ver una confusión en las imagines en van en la página y las que van a los clientes

**Local User** ☐ Delivered
8/4/2022 3:52:05 PM
Porke yo olo llevo día trabando contigo ante de irme e taba trabando con otra ósea nose cómo cometió ese error

**Local User** ☐ Delivered
8/4/2022 3 52 14 PM
Debió dejar las que tenía puesta antes

☐ Received
8/4/2022
3:53:12 PM
Pero se puede borrar.

**Local User** ☐ Delivered
8/4/2022 3:53:32 PM
Ya Ella borro la imágene

☐ Received
8/4/2022
4:01:06 PM
OK caramba y puso cuca alegre.

**Local User** ☐ Delivered
8/4/2022 4 01 52 PM
🙇

> Received 8/4/2022 4 18 50 PM
> Pero mi foto no va estar más en ninguna página esa es la única oh estaba en varias

> Received 8/4/2022 4:18:54 PM
> Que pena.

> Received 8/4/2022 4:20:12 PM
> Pero voy a trabar discretamente.

**Local User** — Delivered 8/4/2022 4 21 28 PM
Sino te sientes cómodo entiendo

**Local User** — Delivered 8/4/2022 4:21:38 PM
La Fotos si se les envíe a los clientes

**Local User** — Delivered 8/4/2022 4:21:50 PM
No e porke la pu o en la página .. ahí cometió un error

**Local User** — Delivered 8/4/2022 4:21:54 PM
Me disculpas

**Local User**  
☐ Delivered  
8/4/2022 4:22:09 PM  
Pero sino quieres trabajar entiendo

**Local User**  
☐ Delivered  
8/4/2022 4:22:29 PM  
Las Fotos se cambian a cada rato para que llamen clientes

**Local User**  
☐ Delivered  
8/4/2022 4:22:38 PM  
Peor no e u an la verdadera en la pagina

☐ Received  
8/4/2022 4:23:15 PM  
Si esta bien a los clientes pero en la página no me siento muy cómoda es por lo de la páginas mi amigo me dijo desde cundo eres cuca alegre

**Local User**  
☐ Delivered  
8/4/2022 4:23:32 PM  
Olle eso

☐ Received  
8/4/2022 4:23:38 PM  
E ta bien que e la envíen a lo cliente pero en la página no.

**Local User**  
☐ Delivered  
8/4/2022 4:23:47 PM  
La página no

☐ Received

> 8/4/2022 4:24:02 PM
> Porqué uno tiene que ser discretos es por mis hijas..

> ☐ Received
> 8/4/2022 4:24:37 PM
> No tanto por mi esposo sino por las niñas aquí es delicado eso.

> ☐ Received
> 8/4/2022 4:25:01 PM
> Bueno sino estoy más en las páginas me siento segura.

> ☐ Received
> 8/4/2022 4:25:11 PM
> Y estoy confiando en ti.

**Local User** ☐ Delivered 8/4/2022 4:25:25 PM
Yo igual soy una persona muy discreta

**Local User** ☐ Delivered 8/4/2022 4:25:33 PM
Tu lo as notado

**Local User** ☐ Delivered 8/4/2022 4:25:37 PM
No por teléfono hablo mucho

☐ Received

[redacted] 8/4/2022 4:25:41 PM
Si

**Local User** ☐ Delivered 8/4/2022 4:25:42 PM
Mucho meno ami tade

**Local User** ☐ Delivered 8/4/2022 4:25:50 PM
Y no ando con mucho escándalo

[redacted] ☐ Received 8/4/2022 4 25 51 PM
Si eso lo sé

**Local User** ☐ Delivered 8/4/2022 4:26:06 PM
Igual por la familia y eso

**Local User** ☐ Delivered 8/4/2022 4:26:15 PM
Nadie tiene que aber lo que e tá pa ando

[redacted] ☐ Received 8/4/2022 4:26:23 PM
Exactamente.

[redacted] ☐ Received 8/4/2022

> 4:26:58 PM
> No vemo ahora e toy má tranquila porqué no e toy en e a página ni de cuca alegre la gente va creer que soy barata.

> Received
> 8/4/2022
> 4 27 06 PM
> Bueno confío en ti

**Local User**
Delivered
8/4/2022 4:27:14 PM
Ok te veo más tarde

> Received
> 8/4/2022
> 4:27:51 PM
> OK mo vemo má tardé.

> Received
> 8/4/2022
> 10:53:39 PM
> Voy saliendo al tren.

**Local User**
Delivered
8/4/2022 11 21 41 PM
Ok

> Received
> 8/5/2022
> 12:01:58 AM
> Voy a al bronx llegare como a las 8:15pm

Delivered

Review of WhatsApp thread 8-4-22 re Ysenni Gomez

Hi, good morning, on what page did you upload my pictures which a friend just told me about

I thought it was going to be discreet

> The friend who does the announcements for me uploaded various photos

[redaction]

> I told her to put this one on
>
> I'm going to call her
>
> I only sent the real one to those who are customers

I apologize

The thing is, my friend called me and I told him no

> That's weird
>
> I'm going to verify

Ok I apologize

Sorry love

> No worries

This woman is hot

> Lol lol lol
>
> The picture looks great, right?
>
> I really like her a lot

[audio message]

> I got it now
>
> Ha ha ha ha

Ha ha no, I misread that

[audio message]

I apologize for the confusion

I misread it

We'll see more later, I apologize again

People see I have the face of a model

[photo redaction, see caption]

Fun happy pussy, passionate 69, French kisses, 7186075806

[web page screenshot]

[redaction]

[audio message]

Look what happened to me

    If you're around

    I'm gonna call

    I'm gonna call [you/her]

That can be removed [?]

    Of course, she changes the photos daily

    I don't know why she posted that one

    I only use that one if someone is already a customer

Yeah love I know

    Because obviously they ask for the real thing, so when you show up they don't tell me it wasn't you

That's right

But I didn't know they posted it like that on a page, and my friend saw it and said you should model bikinis

Damn [?] and they put "fun happy pussy"

The pictures have been up two days

    I saw that

    Two days

    Today is the 4th

That post can be removed

    I imagine everything is erased

    I'm on the phone with her now

    It was a confusion of the images that go on the page and the ones that go to customers

    Because I've only been working with you a few days, before leaving I was working on something else, in other words, I don't know how this mistake happened

But can it be erased

    She already erased the images

Ok, damn, she put happy pussy

    [emoji]

But my picture won't be on any page, that is the only one, or was it on several [?]

What a shame [or how embarrassing]

I am going to work discreetly

    If you don't feel comfortable, I understand

    I did send the pictures to the customers

    I don't know why she put it on the page .. she made a mistake there

    I apologize

    But if you don't want to work, I understand

    The pictures are changed every so often so customers will call

    But the real pictures are not used on the pages

Yeah it's ok to the customers, but on the page, no, I do feel comfortable, it has to do with the page, my friend says since when are you a happy pussy

    Hey

It's ok to send them to the customers, but not on the page

    Not on the page

One must be discreet, it's because of my daughters

Not so much for my husband, but for the girls, that is a delicate matter here

Well if I'm not on the pages any more, I feel safe

And I am trusting you

    I am a very discreet person myself

    You have noticed that

    I don't talk much on the phone

Yeah

    Much less so to friends

    I don't make a big noise

Yeah I know that

    The same with family and so forth

    No one needs to know what is going on

Exactly

See you soon, I feel better that I'm not on the page, or a happy pussy, people will think I'm cheap [easy]

I trust you

    Ok I will see you later

Ok see you later

I'm on my way to the train

    Ok

I'm going to the Bronx, I'll get there around 8:15 pm